**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| Acuity, a Wisconsin corporation, | Civil No. 06-3524 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| v. | |
| R.T.L. Construction, Inc., | |
| Defendant. | |

_____

Pursuant to the parties' Stipulation, **IT IS ORDERED** that the above-captioned matter is **DISMISSED WITH PREJUDICE** without costs to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 4, 2007

                                                s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge